UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                Case No. 8:07-cv-546-T-23MSS

SATURN OF ST. PETERSBURG, INC., et al.,

    Defendants.
_____/

## O R D E R

The parties submit a joint motion (Doc. 20) for the entry of a consent judgment and a proposed consent judgment (Doc. 20, Ex. 1). Upon consideration, the motion (Doc. 20) is **GRANTED** and the terms of the proposed consent judgment (Doc. 20, Ex. 1) are **ADOPTED**. The defendants shall comply with the terms of the proposed consent judgment, which is incorporated by reference and attached to this order. The court declines to retain jurisdiction in this action, except to the extent necessary to enforce the consent judgment. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on April 7, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Attachment